# UNITED STATES DISTRICT COURT

Western District of Arkansas

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |

KATHLEEN M. NOVY

Case No.     3:17CR30002-001

USM No.     08472-010

James B. Pierce
Defendant's Attorney

**THE DEFENDANT:**

X   Entered a no contest plea to violation of   mandatory conditions and new law violation (See Below)   of the term of supervision.

☐   was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Mandatory Condition: Unlawful Use of a Controlled Substance | March 09, 2017 |
| 2 | New Law Violation: Delivery of Methamphetamine | January 16, 2017 |
| 3 | Mandatory Condition: Unlawful Use of a Controlled Substance | October 13, 2017 |

X   The defendant is sentenced as provided in page of    2    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc.    4544

Defendant's Year of Birth:    1958

City and State of Defendant's Residence:
Mountain Home, Arkansas 72653

November 28, 2017
Date of Imposition of Judgment

/S/ P.K. Holmes, III
Signature of Judge

Honorable P.K. Holmes, III, Chief United States District Judge
Name and Title of Judge

November 28, 2017
Date

DEFENDANT: KATHLEEN M. NOVY
CASE NUMBER: 3:17CR30002-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

**Twenty-four (24) months with credit for time served in federal custody since October 24, 2017, to be served consecutively to any term of imprisonment imposed in the Baxter County, Arkansas, Circuit Court case number 03CR-17-144. Further, there will be no term of supervised release to follow the term of imprisonment.**

☐ The court makes the following recommendations to the Bureau of Prisons:

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

**RETURN**

I have executed this judgment as follows:

_____

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL